UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:        SEAN VICTOR STRINGER                CASE NO. 19-08744-JJG-13
                     Debtor

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND REQUEST TO ABANDON PERSONAL PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER

The Creditor, Financial Center First Credit Union ("Credit Union"), hereby moves the Court, pursuant to 11 U.S.C. § 362(d) and § 554, to lift the automatic stay on and abandon from the estate the following personal property (the "Vehicle"):

2014 BUICK ENCLAVE
VIN: 5GAKVCKD0EJ190851

In support of the Motion, the Credit Union states the following:

1. The Debtor, Sean Victor Stringer ("Debtor"), filed a Chapter 13 case on November 22, 2019 (the "Petition Date").

2. As of the Petition Date, the Credit Union was the holder of a claim secured by the Vehicle, more particularly described in the Certificate of Title (the "Title") attached as Exhibit "A."

3. The above described security interest was given to secure a Retail Installment Contract and Security Agreement (the "Agreement") dated January May 31, 2017 and assigned to the Credit Union in the original sum of Thirty-Eight Thousand Eight Hundred Fifty-Seven Dollars and Seventy-Three Cents ($38,857.73).

4. The Credit Union perfected an interest in the Vehicle, more particularly described in a Certificate of Title attached as Exhibit "A."

5. As of the date of the filing of the bankruptcy, the outstanding principal of the Agreement was Twenty-Eight Thousand Seven Hundred Eighty-Two Dollars and Fifty-Nine Cents ($28,782.59) and the outstanding interest was Eight Hundred Sixteen Dollars and Eleven Cents ($816.11).

6. The Vehicle is burdensome to the estate, and cause exists to lift the automatic stay since the interest of the Credit Union is not being adequately protected. Debtor proposed to pay the Credit Union direct in the Plan. No payments have been received by the Debtor. Debtor also is not carrying insurance on the Vehicle.

1

      7. The Credit Union hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed.

NOTICE: <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to enter an order affecting the property, or if you want the court to consider your views on the motion, then on or before March 31, 2020, you or your attorney must file with the court a written objection explaining your position.

Those not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> U. S. Bankruptcy Court
> 116 U. S. Courthouse
> 46 East Ohio Street
> Indianapolis, Indiana 46204

If you mail your objection to the court, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy of your objection to:

| | |
|---|---|
| Michael E. Farrer | Adam Price Gadberry |
| Graham, Hopper, Farrer & Wilson, P.C. | 6520 E. 82nd Street, Suite 101 |
| 1601 South Anderson Street | Indianapolis, Indiana 46250 |
| Elwood, Indiana 46036 | |

If you or your attorney do not take these steps, the court may decide that you do not oppose an order affecting the property.

      WHEREFORE, Financial Center First Credit Union moves the Court to enter an order lifting the automatic stay and abandoning the Vehicle, and granting such other relief as appropriate.

                        Respectfully submitted,
                        GRAHAM, HOPPER, FARRER & WILSON, P.C.

                        By: __/s/ Michael E. Farrer__

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on the parties by placing a copy in the U.S. Mail or by electronic filing this 13th day of May, 2020:

U. S. Trustee, ustpregion10.in.ecf@usdoj.gov
John Morgan Hauber, Trustee, ecfmail@hauber13.com
Michael E. Farrer, Counsel for Financial Center First Credit Union, mfarrer@ghfwlaw.com
Adam Price Gadberry, Attorney for Debtor, court@indybankruptcylaw.com

/s/ Michael E. Farrer

MICHAEL E. FARRER/#6784-49
GRAHAM, HOPPER, FARRER & WILSON, P.C.
Attorneys at Law
1601 South Anderson Street
P. O. Box 494
Elwood, Indiana 46036
Telephone: 765-552-9878
Facsimile: 765-552-5496
mfarrer@ghfwlaw.com

C:\Users\Barb\Documents\MyFiles\Bankruptcy\Motion\Relief and Request\Post Petition Default\fcfcu.stringer.auto.03.17.20.wpd/bp

## INDIANA CERTIFICATE OF TITLE

# STATE OF INDIANA
## CERTIFICATE OF TITLE FOR A VEHICLE




| MAKE | MODEL NAME | BODY TYPE | YEAR | VIN |
|---|---|---|---|---|
| BUICK | ENCLAVE | 4W | 2014 | 5GAKVCKD0EJ190851 |

| TITLE TYPE | FORMER TITLE/STATE | PURCHASE DATE | ISSUE DATE | USAGE TAX PAID |
|---|---|---|---|---|
| NORMAL | 4502251568/OH | 05/31/17 | 07/15/17 | $2183.23 |

**OWNER(S) NAME**
SEAN V & ASHLEE DANNA STRINGER
659 WILLIAMSBURG CT
GREENWOOD IN 461421836

**ODOMETER/BRAND**
052627/ACTUAL

**BRAND(S)**



**MAILING ADDRESS**
FINANCIAL CENTER FIRST CREDIT UNION
7101 E 56TH ST
INDIANAPOLIS IN 462261315

**ADDITIONAL OWNER(S)**
ASHLEE DANNA STRINGER

**FIRST HOLDER OF LIEN, MORTGAGE OR ENCUMBRANCE**
FINANCIAL CENTER FIRST CREDIT UNION
7101 E 56TH ST
INDIANAPOLIS IN 462261315

**FIRST LIEN, MORTGAGE OR ENCUMBRANCE RELEASED BY:**
X _____

PRINTED NAME: _____  POSITION: _____
DATE: _____

**SECOND HOLDER OF LIEN, MORTGAGE OR ENCUMBRANCE**

**SECOND LIEN, MORTGAGE OR ENCUMBRANCE RELEASED BY:**
X _____

PRINTED NAME: _____  POSITION: _____
DATE: _____

**THIRD HOLDER OF LIEN, MORTGAGE OR ENCUMBRANCE**

**THIRD LIEN, MORTGAGE OR ENCUMBRANCE RELEASED BY:**
X _____

PRINTED NAME: _____  POSITION: _____
DATE: _____

The Commissioner of the Bureau of Motor Vehicles, pursuant to the laws of the State of Indiana, certifies that the vehicle/watercraft has been duly titled and the owner of the described vehicle/watercraft is subject to the liens set forth.

### INDIANA BUREAU OF MOTOR VEHICLES
*Peter L. Lacy, Commissioner*

State Form 9697 (R10 / 1-17)
Approved by State Board of Accounts, 2016

**TITLE NUMBER**
17792144000118

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

"A"