# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE:         SEAN VICTOR STRINGER                CASE NO. 19-08744-JJG-13
                      Debtor

## MOTION FOR RELIEF FROM CO-DEBTOR STAY
## AND NOTICE OF OBJECTION DEADLINE

The creditor, Financial Center First Credit Union ("Financial Center"), hereby moves the Court, pursuant to 11 U.S.C. §1301(c), for relief from the co-debtor stay as to Ashlee Stringer; and in support of this Motion, Financial Center states the following:

1. The debtor, Sean Victor Stringer, filed a Chapter 13 case on November 22, 2019 (the "Petition Date").

2. As of the Petition Date, Financial Center was the holder of a secured claim for a Retail Installment Contract and Security Agreement (the "Agreement") with regards to a 2014 Buick Enclave, VIN: 5GAKVCKD0EJ190851 (the "Motor Vehicle") in the amount of Thirty-Eight Thousand Eight Hundred Fifty-Seven Dollars and Seventy-Three Cents ($38,857.73), more particularly described in the Certificate of Title, copy of which is attached as Exhibit "A."

3. As of the date of the filing of this Motion, the outstanding principal of the Agreement is Twenty-Eight Thousand Seven Hundred Eighty-Two Dollars and Fifty-Nine Cents ($28,782.59) and the outstanding interest was Eight Hundred Sixteen Dollars and Eleven Cents ($816.11).

4. Financial Center is entitled to relief from the co-debtor stay because the Plan filed by the debtor proposes to pay the Credit Union direct in the Plan. No payments have been received by the creditor. Debtor also is not carrying insurance on the Vehicle..

1

NOTICE IS GIVEN: **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to enter an order lifting the co-debtor stay, or if you want the court to consider your views on the motion, then on or before **June 3, 2020**, you or your attorney must file with the court a written objection explaining your position.

Those not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> **U.S. Bankruptcy Court**
> **Southern District of Indiana (Indianapolis)**
> 116 U.S. Courthouse
> 46 East Ohio Street
> Indianapolis, IN 46204

If you mail your objection to the court, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy of your objection to:

> Michael E. Farrer
> Graham, Hopper, Farrer & Wilson, P.C.
> Attorneys for Creditor, Financial Center First Credit Union
> 1601 South Anderson Street
> P. O. Box 494
> Elwood, Indiana 46036

If you or your attorney do not take these steps, the court may decide that you do not oppose an order lifting the co-debtor stay.

WHEREFORE, Financial Center First Credit Union moves the Court to enter an order lifting the co-debtor stay and granting such other relief as appropriate.

Respectfully submitted,
GRAHAM, HOPPER, FARRER & WILSON, P.C.

By: /s/ Michael E. Farrer
MICHAEL E. FARRER/#6784-49
GRAHAM, HOPPER, FARRER & WILSON, P.C.
1601 South Anderson Street, P. O. Box 494
Elwood, Indiana 46036
Telephone: 765-552-9878
Facsimile: 765-552-5496
mfarrer@ghfwlaw.om

## CERTIFICATE OF SERVICE

      This is to certify that a true and accurate copy of this Motion for Relief From Co-Debtor Stay and Notice of Objection Deadline was served on the parties by placing a copy in the U.S. Mail or by electronic filing this 20th day of May, 2020:

U. S. Trustee, 101 W. Ohio Street, #1000, Indianapolis, IN 46204
John Morgan Hauber, Trustee, ecfmail@hauber13.com
Adam Price Gadberry, Attorney for Debtor, court@indybnakruptcylaw.com
Ashlee Stringer, Co-Debtor, 1436 Egret Lane, Greenwood, IN 46143
All Creditors listed on attached matrix

                                                /s/ Michael E. Farrer

MICHAEL E. FARRER/#6784-49
GRAHAM, HOPPER, FARRER & WILSON, P.C.
Attorneys at Law
1601 South Anderson Street
P. O. Box 494
Elwood, Indiana 46036
Telephone: 765-552-9878
Facsimile: 765-552-5496
C:\Users\Barb\Documents\MyFiles\Bankruptcy\Motion\Relief and Request\Co-Debtor\fcfcu.stringer.05.19.20.wpd

3

# INDIANA CERTIFICATE OF TITLE

## STATE OF INDIANA
### CERTIFICATE OF TITLE FOR A VEHICLE

 

| MAKE | MODEL NAME | BODY TYPE | YEAR | VIN |
|---|---|---|---|---|
| BUICK | ENCLAVE | 4W | 2014 | 5GAKVCKD0EJ190851 |

| TITLE TYPE | FORMER TITLE/STATE | PURCHASE DATE | ISSUE DATE | USAGE TAX PAID |
|---|---|---|---|---|
| NORMAL | 4502251568/OH | 05/31/17 | 07/15/17 | $2183.23 |

**OWNER(S) NAME**
SEAN V & ASHLEE DANNA STRINGER
659 WILLIAMSBURG CT
GREENWOOD IN 461421836

**ODOMETER/BRAND**
052627/ACTUAL

**BRAND(S)**

**MAILING ADDRESS**
FINANCIAL CENTER FIRST CREDIT UNION
7101 E 56TH ST
INDIANAPOLIS IN 462261315

**ADDITIONAL OWNER(S)**
ASHLEE DANNA STRINGER

**FIRST HOLDER OF LIEN, MORTGAGE OR ENCUMBRANCE**
FINANCIAL CENTER FIRST CREDIT UNION
7101 E 56TH ST
INDIANAPOLIS IN 462261315

**FIRST LIEN, MORTGAGE OR ENCUMBRANCE RELEASED BY:**
X _____
PRINTED NAME: _____   POSITION: _____
DATE: _____

**SECOND HOLDER OF LIEN, MORTGAGE OR ENCUMBRANCE**

**SECOND LIEN, MORTGAGE OR ENCUMBRANCE RELEASED BY:**
X _____
PRINTED NAME: _____   POSITION: _____
DATE: _____

**THIRD HOLDER OF LIEN, MORTGAGE OR ENCUMBRANCE**

**THIRD LIEN, MORTGAGE OR ENCUMBRANCE RELEASED BY:**
X _____
PRINTED NAME: _____   POSITION: _____
DATE: _____

The Commissioner of the Bureau of Motor Vehicles, pursuant to the laws of the State of Indiana, certifies that the vehicle/watercraft has been duly titled and the owner of the described vehicle/watercraft is subject to the liens set forth.

### INDIANA BUREAU OF MOTOR VEHICLES
**Peter L. Lacy, Commissioner**

State Form 9697 (R10 / 1-17)
Approved by State Board of Accounts, 2016

**TITLE NUMBER**
17792144000118

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

"A"