SO ORDERED: June 2, 2020.

_Jeffrey J. Graham_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:      SEAN VICTOR STRINGER              CASE NO. 19-08744-JJG-13
            Debtor

**ORDER GRANTING FINANCIAL CENTER FIRST CREDIT UNION
RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT
OF PERSONAL PROPERTY**

This matter is before the Court on the Amended Motion for Relief From Automatic Stay and Request to Abandon Personal Property and Notice of Objection Deadline With 30-Day Waiver filed by FINANCIAL CENTER FIRST CREDIT UNION, ("Financial Center"). The Court having considered the Motion now finds that the Motion should be granted as to the 2014 BUICK ENCLAVE, VIN: 5GAKVCKD0EJ190851 for the reasons stated therein.

IT IS THEREFORE ORDERED that Financial Center is hereby granted relief from the Automatic stay under §362 of the U.S. Bankruptcy Code to permit it to exercise its legal rights against certain property of the estate, specifically 2014 BUICK ENCLAVE, VIN: 5GAKVCKD0EJ190851.

IT IS FURTHER ORDERED that the 2014 BUICK ENCLAVE, VIN: 5GAKVCKD0EJ190851, pursuant to §554 of the Bankruptcy Code, is hereby abandoned.

**The Court makes no determination regarding the validity, perfection or priority of the lien or interest claimed by Financial Center First Credit Union.**

###