SO ORDERED: June 4, 2020.

_____
Jeffrey J. Graham
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE:        SEAN VICTOR STRINGER            CASE NO. 19-08744-JJG-13
                    Debtor

## ORDER GRANTING FINANCIAL CENTER FIRST CREDIT UNION RELIEF FROM CO-DEBTOR STAY

This matter is before the Court on the *Motion for Relief From Co-Debtor Stay and Notice of Objection Deadline* as to Ashlee Stringer, Co-Debtor, filed by Financial Center First Credit Union, ("Financial Center"). The Court having considered the Motion, and having further noted that no timely objections were filed thereto, now GRANTS the Motion.

IT IS THEREFORE ORDERED that Financial Center is hereby granted relief from the Co-Debtor Stay under §1301 of the U.S. Bankruptcy Code with respect to Ashlee Stringer, Co-Debtor, and the 2014 Buick Enclave, VIN: 5GAKVCKD0EJ190851.

The Court makes no determination regarding the validity, perfection or priority of the lien or interest claimed by Financial Center.

###