**Fill in this information to identify the case:**

Debtor 1: Sean Victor Stringer

Debtor 2: _____ (Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Indiana (State)

Case number: 19-08744-JJG-13

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Arvest Central Mortgage Company

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 9 9 5 8

**Date of payment change:** 12/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $ 1,131.30
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 329.77    New escrow payment: $ 303.03

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1  Sean Victor Stringer
First Name   Middle Name   Last Name

Case number (*if known*) 19-08744-JJG-13

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ BARRY T BARNES
Signature

Date 11/9/2020

Print: BARRY T. BARNES
First Name    Middle Name    Last Name

Title Attorney for Arvest Central Mortgage Company

Company Feiwell & Hannoy, P.C.

Address 8415 Allison Pointe Blvd., Suite 400
Number      Street

Indianapolis, IN  46250
City            State    ZIP Code

Contact phone (317) 237-2727

Email BBARNES@feiwellhannoy.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on November 9, 2020, to the following:

Sean Victor Stringer
Debtor
659 Williamsburg Ct.
Greenwood, IN 46142-1836

Adam Gadberry
Attorney at Law
6520 E. 82nd Street, Suite 101
Indianapolis, IN 46250

John Morgan Hauber
Trustee
320 N. Meridian Street, Suite 200
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

/s/ BARRY T BARNES
BARRY T. BARNES, Attorney No. 19657-49

Arvest Central Mortgage Company
801 John Barrow, Suite 1
Little Rock, AR 72205
For Inquiries: (800) 366-2132

Analysis Date: October 28, 2020

**SEAN V STRINGER**
**659 WILLIAMSBURG CT**
**GREENWOOD IN   46142**

**\*\*Important Notice\*\***
**ASHLEE D STRINGER**

Loan: Redacted
Property Address:
659 WILLIAMSBURG CT
GREENWOOD, IN   46142-1836

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Dec 2019 to Nov 2020.   Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Escrow Balance Calculation | | Current Payment Information | |
|---|---|---|---|
| Due Date: | Nov 01, 2020 | Principal & Interest Payment: | 828.27 |
| Escrow Balance: | 940.82 | Escrow Payment: | 329.77 |
| Anticipated Payments to Escrow: | 329.77 | Other Funds Payment: | 0.00 |
| Anticipated Payments from Escrow: | 0.00 | Assistance Payment (-): | 0.00 |
| | 1,270.59 | Total Payment: | 1,158.04 |

| | | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|---|
| Date | | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | | Starting Balance | 1,397.51 | 1,397.53 |
| Dec | 2019 | 329.77 | 329.77 | | | | 1,727.28 | 1,727.30 |
| Jan | 2020 | 329.77 | 329.77 | | | | 2,057.05 | 2,057.07 |
| Feb | 2020 | 329.77 | 329.77 | | | | 2,386.82 | 2,386.84 |
| Mar | 2020 | 329.77 | 329.77 | | | | 2,716.59 | 2,716.61 |
| Apr | 2020 | 329.77 | 329.77 | | | | 3,046.36 | 3,046.38 |
| Apr | 2020 | | | | 1,153.70 * | | 3,046.36 | 1,892.68 |
| Apr | 2020 | | | | 1,329.00 * | HAZARD INSURANCE | 3,046.36 | 563.68 |
| May | 2020 | 329.77 | 329.77 | 1,240.60 | * | | 2,135.53 | 893.45 |
| May | 2020 | | | 1,476.00 | * | HAZARD INSURANCE | 659.53 | 893.45 |
| Jun | 2020 | 329.77 | 329.77 | | | | 989.30 | 1,223.22 |
| Jul | 2020 | 329.77 | 329.77 | | | | 1,319.07 | 1,552.99 |
| Aug | 2020 | 329.77 | 329.77 | | | | 1,648.84 | 1,882.76 |
| Sep | 2020 | 329.77 | 329.77 | | | | 1,978.61 | 2,212.53 |
| Oct | 2020 | 329.77 | 329.77 | | | | 2,308.38 | 2,542.30 |
| Oct | 2020 | | | | 1,153.70 * | | 2,308.38 | 1,388.60 |
| Oct | 2020 | | | | 569.13 * | Escrow Refund | 2,308.38 | 819.47 |
| Nov | 2020 | 329.77 | | 1,240.60 | * | | 1,397.55 | 819.47 |
| | | | | *** Anticipated Transactions *** | | | 1,397.55 | 819.47 |
| Nov | 2020 | | 329.77 | | | | | 1,149.24 |
| | | $3,957.24 | $3,957.24 | $3,957.20 | $4,205.53 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.   If you want a further explanation, please call our toll-free number.

Last year, we   anticipated that payments from your account would be made during this period equaling 3,957.20.   Under Federal law, your lowest monthly balance should not have exceeded 659.53 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.   Your mortgage contract and State law are silent on this issue.

1

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,270.59 | 1,270.59 |
| Dec 2020 | 303.03 | | | 1,573.62 | 1,573.62 |
| Jan 2021 | 303.03 | | | 1,876.65 | 1,876.65 |
| Feb 2021 | 303.03 | | | 2,179.68 | 2,179.68 |
| Mar 2021 | 303.03 | | | 2,482.71 | 2,482.71 |
| Apr 2021 | 303.03 | | | 2,785.74 | 2,785.74 |
| May 2021 | 303.03 | 1,153.70 | | 1,935.07 | 1,935.07 |
| May 2021 | | 1,329.00 | HAZARD INSURANCE | 606.07 | 606.07 |
| Jun 2021 | 303.03 | | | 909.10 | 909.10 |
| Jul 2021 | 303.03 | | | 1,212.13 | 1,212.13 |
| Aug 2021 | 303.03 | | | 1,515.16 | 1,515.16 |
| Sep 2021 | 303.03 | | | 1,818.19 | 1,818.19 |
| Oct 2021 | 303.03 | | | 2,121.22 | 2,121.22 |
| Nov 2021 | 303.03 | 1,153.70 | | 1,270.55 | 1,270.55 |
| | $3,636.36 | $3,636.40 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 606.07.   A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.   Under Federal law, your lowest monthly balance should not exceed 606.07 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.   Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,270.59.   Your starting balance (escrow balance required) according to this analysis should be $1,270.59.   Your Escrow account has neither a shortage or a surplus.

We anticipate the total of your coming year bills to be 3,636.40.   We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **Escrow Payment Calculation** | | **Total Payment** | |
|---|---|---|---|
| Unadjusted Escrow Payment | 303.03 | Principal & Interest Payment: | 828.27 |
| Surplus Amount: | 0.00 | Escrow Payment: | 303.03 |
| Shortage Amount: | 0.00 | Other Funds Payment: | 0.00 |
| Rounding Adjustment Amount: | 0.00 | Assistance Payment (-): | 0.00 |
| Escrow Payment: | 303.03 | Total Payment: | 1,131.30 |
| | | Payment Effective Date: | 12/1/2020 |

